UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NEXSUN CORP.,

    Plaintiff,

v.                                           CASE NO.: 8:10-cv-331-T-23AEP

JOHN CONDO, et al.,

    Defendants.
_____/

## **ORDER**

The defendants John Condo; Dupont Alliance, LLC; BBDA Global Investment Fund, LLC; DAC Global, LLC; BBDA Advisors, LLC; and Michael Zanetti move (Doc. 35) to either dismiss this action or to stay the action pending arbitration. More than fourteen days has passed and the plaintiff fails to respond.

A January 28, 2010, order (Doc. 25) transfers this action from the Central District of California. The plaintiff sues (Doc. 1) in connection with an agreement by the defendants to invest in a renewable fuel project. The parties' "master investment agreement" (Doc. 1, Ex. D) states (1) that the parties shall arbitrate any dispute "arising in connection with the enforcement or interpretation of the parties' respective rights and obligations" under the agreement and (2) that "[t]he controlling law and venue will be Pinellas County, Florida, USA." The defendants' motion (Doc. 35) is **GRANTED** to the extent that, pursuant to 9 U.S.C. § 4, the parties are directed to proceed to arbitration in accord with the parties' agreement. This action is **STAYED** pending arbitration. The

Clerk is directed to (1) terminate any pending motion and (2) **ADMINISTRATIVELY CLOSE** the case.

ORDERED in Tampa, Florida, on April 23, 2010.

_____<br>
STEVEN D. MERRYDAY<br>
UNITED STATES DISTRICT JUDGE